SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SHANNON Z. PETERSEN, Cal. Bar No. 211426
12275 El Camino Real, Suite 200
San Diego, California  92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691
Email:  spetersen@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SARAH A. K. BLITZ, Cal. Bar No. 280118
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398
Email:  sblitz@sheppardmullin.com

Attorneys for Aliera Healthcare, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KEN KOURY,<br><br>            Plaintiff,<br>    vs.<br><br>ALIERA HEALTHCARE, INC.,<br>BILHARTZ DESERT INSURANCE<br>AGENCY, LLC, and DOES 1 through 20,<br><br>            Defendants. | Case No. 2:19-cv-01348<br><br>**DEFENDANT ALIERA HEALTHCARE, INC.'S NOTICE OF REMOVAL OF ACTION**<br><br>Complaint Filed: January 11, 2019 |

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Defendant Aliera Healthcare, Inc. ("Aliera") hereby provides notice of the removal to the United States District Court for the Central District of California of the following lawsuit filed on January 11, 2019, in the Superior Court for the County of Los Angeles: *Ken Koury v. Aliera Healthcare, Inc., et al.*, Case No. 19STLC00422. The following is a short, plain statement of the grounds for removal provided pursuant to 28 U.S.C. § 1446(a).

## I.
## PROCEDURAL HISTORY

On January 11, 2019, Ken Koury ("Plaintiff") filed a Complaint, against Defendant Aliera Healthcare, Inc. in the Superior Court for the County of Los Angeles (the "State Court Action"). A copy of the Complaint is attached as **Exhibit 1**. Plaintiff alleges the following causes of action: (1) violations of the Telephone Consumer Protection Act, 47 U.S.C. 227 and 47 C.F.R. § 64.1200 (the "TCPA"); and (2) violations of the California Consumers Legal Remedies Act.

Defendant Aliera Healthcare, Inc. was served with the Summons and Complaint on January 23, 2019. Defendant files this notice of removal within the 30-day time period required by 28 U.S.C. § 1446(b)(1).

## II.
## BASIS FOR REMOVAL

Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction of this matter. This matter is one that Defendant may remove to this Court pursuant to 28 U.S.C. § 1441(c) because the action is one arising under the Constitution, laws, or treaties of the United States. 28 U.S.C. § 1331. More specifically, Plaintiff asserts claims for violations of the TCPA.

## III.
## VENUE

Venue is proper in the Central District of California, Western Division, because this district embraces the Superior Court of Los Angeles County, California, the court in which

this action is pending. 28 U.S.C. §§ 84(d), 1391(b), and § 1441(a). Defendant will file a copy of this Notice of Removal with the Clerk of the Superior Court of Los Angeles County, California, and give notice of the same to Plaintiff, as required by 28 U.S.C. § 1446(d).

## IV.

## NO WAIVER OF DEFENSES

Defendant Aliera Healthcare, Inc. submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has plead claims upon which relief can be granted.

## V.

## THE NOTICE OF REMOVAL IS PROCEDURALLY PROPER

Based on the foregoing, this action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, and is one that may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446. In accordance with the requirements of 28 U.S.C. § 1446(a), a copy of the Complaint and all other papers served on Defendant Aliera Healthcare, Inc. in the State Court Action as of the filing of this Notice of Removal are attached hereto as **Attachment 1**. This Notice of Removal is filed within the time provided by 28 U.S.C. § 1446(b) because it has been filed within thirty (30) days after Defendant Aliera Healthcare, Inc. was served with a copy of the initial pleading in this action. All defendants who have been properly joined and served join in or consent to the removal of this case to federal court. Plaintiff did not demand a jury in the state court action.

## VI.

## CONCLUSION

For all of the reasons set forth above, Defendant Aliera Healthcare, Inc. respectfully requests that this Court proceed with this matter as if it had been originally filed herein.

Dated:  February 22, 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ *Sarah A. K. Blitz*
SHANNON Z. PETERSEN
SARAH A. K. BLITZ

Attorneys for Defendant Aliera Healthcare, Inc.