**KEN KOURY**
SUITE 196
23371 MULHOLLAND DR.
**WOODLAND HILLS, CALIFORNIA  91364**
**(818) 715-9149**

Plaintiff in pro per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN KOURY<br><br>                                         Plaintiff(s)<br>                vs.<br><br>ALIERA HEALTHCARE, INC.;<br><br>                                         Defendants. | CASE No.:  CV 19-1348-MWF (GJSx)<br><br>DISMISSAL WITHOUT PREJUDICE |

This case is dismissed without prejudice.

Dated:  May 18, 2019

*Ken Koury*
_____
Ken Koury

1

DISMISSAL